# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY C. SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN MAYBERG, et. al.,<br><br>　　　　　　Defendants. | 1:07-cv-00897-OWW-DLB PC<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis with a civil rights complaint filed on June 21, 2007. The court has reviewed plaintiff's complaint and finds that service of the complaint is appropriate. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants:

　　　　　STEPHEN MAYBERG

　　　　　BEN McCLAIN

　　　　　GARY RENZAGLIA

　　　　　LINDA CLARK

　　　　　ROCKY SPURGEON

　　　　　CHUCK RABAULT

　　　　　EDDIE SANCHEZ

TOM HUNT

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 21, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Nine (9) copies of the endorsed complaint filed June 21, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

    Dated:   **May 13, 2008**         /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE