UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

HENRY C. SCOTT,

                Plaintiff,

    v.

STEPHEN MAYBERG, et al.,

                Defendants.

Case No. 1:07-cv-00897-BLW-LMB

**ORDER**

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge. (Dkt. 42.) The time period for filing objections to the Report has passed without either party filing an objection. Having reviewed the Report and Recommendation and having independently reviewed the record in this case, the Court finds that the Report and Recommendation is appropriate under the circumstances. This case shall remain consolidated with the lead case, *Allen v. Mayberg, et al.*, 1:06-cv-01801-BLW-LMB, and nothing further shall be filed in the individual case; rather, everything regarding Plaintiff Henry Scott's action shall be filed in the lead case. Therefore, the Court adopts the Report and Recommendation in full.

**ORDER - 1**

# ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Report and

Recommendation (Docket No. 42) is ADOPTED in full.

IT IS FURTHER HEREBY ORDERED that Plaintiff Henry Scott's Case shall

remain consolidated and all further filings shall be filed only in the lead case, *Allen v.*

*Mayberg, et al.*, 1:06-cv-01801-BLW-LMB.

DATED:  **October 29, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**