UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HENRY C. SCOTT,<br><br>                  Plaintiff,<br><br>  v.<br><br>AUDREY KING and DAVID LANDRUM,[1]<br><br>                  Defendants. | Case No. 1:07-cv-00897-BLW<br><br>**ORDER CONSOLIDATING CASES** |

        Pending before the Court is Defendants' Notice of Filing Request for Scheduling Order and Consolidation Regarding Computer Claims (Dkt. 51). Defendants ask that this case *not* be consolidated with another case that contain claims, similar to Plaintiff's, that Defendants have violated Plaintiff's constitutional rights, with respect to conditions of commitment at Coalinga State Hospital, regarding the PA system and allegedly unsanitary clothing ("PA and Laundry Claims").

        However, the Court has reviewed this case and found it sufficiently related to warrant consolidation with *Allen v. King*, 1:06-cv-01801-BLW-LMB, which has already been consolidated with *Robinson v. Mayberg*, 1:08-cv-01339-BLW-LMB; and *Frazier v. Mayberg*, 1:09-cv-02153-BLW.

---

[1]     David Landrum is substituted for his predecessor, Jack Carter, pursuant to Federal Rule of Civil Procedure 17(d).

**ORDER CONSOLIDATING CASES - 1**

**THEREFORE, IT IS HEREBY ORDERED:**

1. Defendants' Request for Substitution of Defendant (Dkt. 53) is **GRANTED**.

2. This case is **CONSOLIDATED** with *Allen v. King*, Case No. 1:06-cv-01801-BLW-LMB. This consolidation is done for purposes of all remaining claims in all consolidated cases.

3. Defendants' Notice of Filing Request for Scheduling Order and Consolidation Regarding Computer Claims (Dkt. 51) is **MOOT**.

4. **The lead case shall be *Allen v. King*, Case No. 1:06-cv-01801-BLW-LMB. All filing and docketing shall be done only in the lead case.**

5. Defendants' Motions for Extensions of Time to disclose expert witnesses with respect to the PA and Laundry Claims (Dkts. 50, 52, and 54) are **GRANTED**. A separate order shall issue with respect to expert disclosures.

DATED: December 15, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court